UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,　　　　　　　　　　10-MC-44  ADM/FLN

　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　O R D E R

Werner G. Remmen,

　　　　Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 24, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Respondent, Werner G. Remmen, is directed to, within 60 days, obey every requirement of the IRS Summons issued to him on September 30, 2009, to the extent not yet complied with;

2. Specifically, within 60 days, Respondent must provide to Revenue Officer Pamela Owens at the IRS Offices at 6200 Shingle Creek Parkway, Suite 610, Brooklyn Center, Minnesota 55430, the remaining categories of documents and information agreed upon by the parties on September 10, 2010 - namely (1) bank records for the years in question pertaining to Mr. Remmen personally and to any trusts or other entities over which he has signature authority; and (2) a list of individuals who have lent Mr. Remmen money during the years in question, along with their addresses and telephone numbers.

DATED: October 14, 2010.           s/Ann D. Montgomery

at Minneapolis, Minnesota         JUDGE ANN D. MONTGOMERY
                                                United States District Court